# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

UNITED STATES OF AMERICA

-vs-

DAVID BOYD

Case Number: 2:95-cr-22-FtM-29DNF

USM Number: 14296-018

Martin DerOvanesian, FPD
1514 Broadway
Fort Myers, FL 33901

## JUDGMENT IN A CRIMINAL CASE
## For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers One through Eight of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| One | New conviction for conduct, Driving Under the Influence, while on supervision in violation of the conditions of supervision. | May 7, 2004 |
| Two | New conviction for conduct, Grand Theft of Motor Vehicle, while on supervision in violation of the conditions of supervision. | May 19, 2004 |
| Three | New conviction for conduct, Burglary, while on supervision in violation of the conditions of supervision. | May 22, 2004 |
| Four | New conviction for conduct, Grand Theft, while on supervision in violation of the conditions of supervision. | May 22, 2004 |
| Five | New conviction for conduct, Uttering a Forged Instrument, while on supervision in violation of the conditions of supervision. | May 25, 2004 |
| Six | New conviction for conduct, Uttering a Forged Instrument, while on supervision in violation of the conditions of supervision. | May 27, 2004 |
| Seven | Failure to submit written monthly reports in violation of Condition Two of the Standard Conditions of Supervision | May , 2004 |
| Eight | Positive urinalysis for Cocaine in violation of Condition Seven of the Standard Conditions of Supervision | May 7, 2004 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

8/10/2009

*JOHN E. STEELE*
UNITED STATES DISTRICT JUDGE

August 10, 2009

DAVID BOYD
2:95-cr-22-FtM-29DNF

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **18 Months**.

The Court recommends to the Bureau of Prisons:

1. Incarceration in a facility close to home (Fort Myers, FL).
2. Participation in any & all available drug treatment & evaluation programs available, if and when eligible.

**The defendant is remanded to the custody of the United States Marshal.**

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case

## SUPERVISED RELEASE IS REVOKED AND NOT REIMPOSED